UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON BASKERVILLE and TABITHA BROCK-BETHUNE,<br><br>Plaintiffs,<br><br>v.<br><br>ELMHULT LTD. P'SHIP DBA IKEA, a limited partnership; RICHARD BECK, JANE DOE BECK and the marital community composed thereof; and BOBBYE FOWLER, JOHN DOE FOWLER and the marital community composed thereof,<br><br>Defendants. | NO. CV4-0737C<br><br>ORDER |

This matter comes before the Court on motion of Plaintiffs Baskerville and Brock-Bethune, who seek leave to amend their complaint to add a claim of malicious prosecution. (See Dkt. No. 24.) The Court has carefully reviewed the materials submitted by the parties, and hereby DENIES Plaintiffs' motion for leave as untimely.

The scheduling order set October 15, 2004 as the deadline for pleading amendments. (See Dkt. No. 8.) According to Federal Rule of Civil Procedure 16(b) "a schedule shall not be modified except upon a showing of good cause." Plaintiffs have failed to show good cause for why the Court should allow modification of the scheduling order.

Accordingly, the Court DENIES Plaintiffs' motion for leave to amend.

ORDERED this 20th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1