UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANNON BASKERVILLE and TABITHA BROCK-BETHUNE,

    Plaintiffs,

v.

ELMHULT LTD. PARTNERSHIP DBA IKEA, a limited partnership; RICHARD BECK, JANE DOE BECK and the marital community composed thereof; and BOBBYE FOWLER, JOHN DOE FOWLER and the marital community composed thereof,

    Defendants.

NO. CV4-737C

ORDER

    This case comes before the Court on Defendants' Motion to Compel Psychological Examinations of Plaintiffs. (Dkt. No. 70.) The Court has carefully reviewed the materials submitted by the parties and hereby finds and rules as follows:

    In 2004, Plaintiffs filed suit against Elmhult ("IKEA") and two of its employees under 42 U.S.C. § 1981, alleging racial discrimination. Plaintiffs claim that during a February 9, 2002 visit to the Renton IKEA, defendant employees refused to accept checks from either Plaintiff because they are African-American. They seek damages for economic and physical harm, emotional distress, and humiliation.

    According to Federal Rule of Civil Procedure 35(a), the court may order a party to submit to an examination when the mental or physical condition of a party is in controversy. Such an order may be made only on motion for good cause shown. FED. R. CIV. P. 35(a). The good cause requirement of Rule 35(a) requires a greater showing of need to obtain a physical or mental examination of a party than to

ORDER – 1

1 obtain other forms of discovery. Schlagenhauf v. Holder, 379 U.S. 104, 118 (1964). "In controversy"
2 and "good cause" are necessarily related. Id. at 118-19. By asserting a claim for emotional distress,
3 Plaintiffs placed their mental conditions in controversy for the purpose of Rule 35(a). Further,
4 Defendants demonstrated good cause by showing that a psychological exam is necessary to determine to
5 what extent the IKEA incident contributed to Plaintiffs' emotional states.

6     Accordingly, the Court hereby GRANTS Defendants' motion to compel psychological
7 examinations of Plaintiffs. Plaintiff Baskerville is directed to submit to a psychiatric examination by Dr.
8 Roy Clark on June 22, 2005 at 1:00 p.m., and Plaintiff Brock-Bethune is directed to submit to a
9 psychiatric examination on July 6, 2005 at 1:00 p.m., unless the parties agree to alternative dates and
10 times.

11     ORDERED this 10th day of June, 2005.

[signature: John C. Coughenour]

UNITED STATES DISTRICT JUDGE

ORDER – 2